UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURG PA,

        Plaintiff,

v.

EXPEDITORS INTERNATIONAL OCEAN INC.,

        Defendants.

CASE NO. 2:19-cv-00471-RAJ-BAT

**ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE**

The Court has reviewed the parties' Joint Status Report (Dkt. 10) and schedules this case for a two day non-jury trial on **February 3, 2020 at 9:30 a.m. before the Honorable Richard A. Jones,** with the following pretrial schedule:

| Event | Date |
|---|---|
| Deadline for joining additional parties | **August 1, 2019** |
| Deadline for amending pleadings | **August 8, 2019** |
| Plaintiff's expert disclosures under FRCP 26(a)(2) | **August 8, 2019** |
| Defendant's expert disclosures under FRCP 26(a)(2) | **August 15, 2019** |
| Rebuttal expert disclosures | **August 22, 2019** |
| All motions related to discovery must be filed by (*see* CR7(d)) | **August 30, 2019** |
| Discovery completed by | **September 24, 2019** |
| All dispositive motions must be filed by (*see* CR7(d)) | **September 30, 2019** |

ORDER SETTING TRIAL DATE AND
PRETRIAL SCHEDULE - 1

| | |
|---|---|
| Settlement Conference, per, CR 39.1(c)(2) held no later than | **November 15, 2019** |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing | **January 6, 2020** |
| Agreed CR 16.1 Pretrial Order due | **January 21, 2020** |
| Pretrial conference | **To be set as needed** |
| Trial briefs, proposed voir dire, jury instructions by  Motions in limine raised in trial briefs will not be considered. | **January 28, 2020** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial dates assigned to this matter creates an irreconcilable conflict, counsel must notify Deputy Clerk Agalelei Elkington at Agalelei_elkington@ wawd.uscourts.gov, within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**Counsel are directed to review Judge Jones' Chambers Procedures** at http://www.wawd.uscourts.gov/judges/jones-procedures. Counsel are expected to abide by the requirements set forth therein. Failure to do so may result in the imposition of sanctions.

Links to Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, can be found on the Court's website at www.wawd.uscourts.gov.

## Discovery

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel shall also cooperate in preparing the agreed pretrial order in the format required by CR 16.1.

## Alterations to Filing Procedures

Counsel are required to electronically file all documents with the Court. Pro se litigants may file either electronically or in paper form. Information and procedures for electronic filing can be found on the Western District of Washington's website at http://www.wawd.uscourts.gov/attorneys/cmecf. The following alterations to the Filing Procedures apply in all cases pending before Judge Jones:

1. Mandatory chambers copies are required for all e-filed motions, responses, replies, and surreplies, and all supporting documentation relating to motions, regardless of page length.

The paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 12:00 p.m. on the business day after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." The parties are required to print all courtesy copies from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options." This requirement does not apply to pleadings filed under seal.

2. Searchable PDFs: All documents filed electronically must be submitted in PDF format to permit text searches and to facilitate transmission and retrieval. Before these documents are electronically filed, the CM/ECF User shall convert the documents to PDF format. These documents may not be scanned.

## Settlement and Mediation

The Court designates this case for mediation under CR 39.1(c) and the parties are directed to follow through with the procedures set forth in that rule. If this case settles, plaintiff's counsel shall notify Agalelei Elkington at (206) 370-8421 or via e-mail at: Agalelei_elkington@wawd.uscourts.gov, as soon as possible. Pursuant to CR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

The Clerk is directed to send copies of this Order to all parties of record.

DATED this 1st day of July, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge